# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA MANGA, | ) |
| Plaintiff, | ) ) ) |
| | ) Case: 1:16-cv-02398 |
| v. | ) Assigned To : Unassigned |
| | ) Assign. Date : 12/7/2016 |
| KNOX EDWARD, JR., | ) Description: Pro Se Gen. Civil (F Deck) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION and ORDER

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint.

The Federal Rules of Civil Procedure require that a complaint contain "'a short and plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the defendant fair notice of what the . . . claim is and the grounds upon which it rests[.]'" *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Further, a complaint must "contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Twombly*, 550 U.S. at 570). Although a *pro se* complaint is "held to less stringent standards than formal pleadings drafted by lawyers," *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam) (internal quotation marks and citation omitted), it too, "must plead 'factual matter' that permits the court to infer 'more than the mere possibility of misconduct,'" *Atherton v. District of Columbia Office of the Mayor*, 567 F.3d 672, 681-82 (D.C. Cir. 2009) (quoting *Iqbal*, 556 U.S. at 678-79).

1

4

As drafted, the complaint does not give fair notice to the defendant of the claim being asserted that is sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *See Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Plaintiff appears to bring an employment discrimination claim under Title VII of the Civil Rights Act of 1964, *see* 42 U.S.C. § 2000e *et seq.*, as amended, yet the complaint itself does not allege facts to support the claim. Rather than dismiss the complaint, the Court will allow plaintiff an opportunity to amend her complaint to address the defect of the original pleading.

Accordingly, it is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that, within 30 days from the filing date of this Order, plaintiff shall amend the complaint. Failure to comply with this Order may result in dismissal of this action.

SO ORDERED.

DATE: Dec. 5, 2016

/s/ Randolph D. Moss
United States District Judge